**STATE of Missouri, Respondent,**

v.

**Nicholas BREAKFIELD, Appellant.**

**No. 72001.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 5, 1998.

John M. Schilmoeller, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cristi A. Ingalsbe, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

## ORDER

PER CURIAM.

Nicholas Breakfield, Defendant, appeals from the judgment entered after he was found guilty of first degree burglary pursuant to section 569.160, RSMo 1994 in a bench-tried case. The trial court sentenced Defendant as a prior and persistent offender to twenty years imprisonment.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion would serve no jurisprudential purpose and we affirm by summary order pursuant to Rule 30.25(b). We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm pursuant to Rule 30.25(b).